IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:04-CR-18(CAR) |
| JONATHAN PHILLIP ROBERT | : VIOLATIONS: 18 USC §844(e) |

P L E A

I, **JONATHAN PHILLIP ROBERT**, having been advised of my Constitutional rights, and having had the charges herein stated to me, plead _NOT GUILTY_ this _17_ day of _January_, 2006.

_____
JONATHAN PHILLIP ROBERT
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
RICHARD S. MOULTRIE, JR.
ASSISTANT UNITED STATES ATTORNEY